UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CALVIN T. FEARS**                                              **CIVIL ACTION**

**VERSUS**                                                       **NO. 07-3059**

**DIAMOND OFFSHORE DRILLING, INC.**                              **SECTION "B" (3)**

**JUDGMENT**

This matter came before the Honorable Judge Ivan Lemelle as a bench trial on July 21, 2008, and Judgment dismissing claims against Defendants and awarding Plaintiff outstanding cure payments and attorney's fees and costs for Defendants' unwarranted/intentional delays in paying for cure was rendered on August 7, 2008. The Court reserved jurisdiction to determine the appropriate and reasonable amount of attorney's fees, costs, and maintenance and cure. (Rec. Doc. 44). After evidentiary hearing before the Honorable Judge Ivan Lemelle on the appropriate and reasonable amount of attorney's fees, costs, and maintenance and cure on December 1, 2008, and for reasons orally assigned on December 1, 2008, Judgment is rendered as follows:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff Calvin T. Fears is awarded attorney's fees in the amount of $25,626.46 and costs in the amount of $3,534.50, for a total award of $29,160.96.

New Orleans, Louisiana this 1st day of December, 2008.

*[signature]*

UNITED STATES DISTRICT JUDGE